EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR. NO. 05-00114 HG |
| Plaintiff,         ) | FIRST SUPERSEDING INDICTMENT |
| v.         ) | [18 U.S.C. §§ 922(g)(3); |
| JAMES ANTHONY YEATTS,         ) | 922(j); 2; 924(a)(2)] |
| a.k.a. Mark Anthony Yeatts,         ) | |
| Defendant.         ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 7, 2005, to and including March 8, 2005, in the District of Hawaii, the defendant, JAMES ANTHONY YEATTS, a.k.a. Mark Anthony Yeatts, being an unlawful user of a controlled substance, as defined in Title 21, United States Code,

Section 802, knowingly possessed in and affecting commerce, firearms, to wit:

1. 1 Remington Express 12 gauge shotgun, serial number B425385M;

2. 1 Remington Express 12 gauge shotgun, serial number B425389M;

3. 1 Glock Model 21, .45 caliber semi-automatic pistol, serial number WE770;

4. 1 Glock Model 19, 9 mm caliber semi-automatic pistol, serial number AKH348;

5. 1 Glock Model 21, .45 caliber semi-automatic pistol, serial number WB708US;

All in violation of Title 18, United States Code, Section 922(g)(3).

### COUNT 2

The Grand Jury further charges that:

On or about March 7, 2005, to and including March 8, 2005, in the District of Hawaii, the defendant, JAMES ANTHONY YEATTS, a.k.a. Marc Anthony Yeatts, did knowingly possess stolen firearms, to wit:

1. 1 Remington Express 12 gauge shotgun, serial number B425385M;

2. 1 Remington Express 12 gauge shotgun, serial number B425389M;

3. 1 Glock Model 21, .45 caliber semi-automatic pistol, serial number WE770;

4. 1 Glock Model 19, 9 mm caliber semi-automatic pistol, serial number AKH348;

5. 1 Glock Model 21, .45 caliber semi-automatic pistol, serial number WB708US;

which were manufactured outside the State of Hawaii and had previously been shipped and transported in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(j), 2, and 924(a)(2).

DATED: April 14, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney