# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 8, 2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00114HG |
| CASE NAME: | U.S.A. vs. JAMES ANTHONY YEATTS, aka Mark Anthony Yeatts |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| U.S.P.O: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 8, 2005 | TIME: | 2:15 |

COURT ACTION: **MINUTE ORDER**

No hearing held.

The defendant is not present for SENTENCING TO COUNTS 1 AND 2 OF THE FIRST SUPERSEDING INDICTMENT.

Three calls were made for the defendant outside of Aha Nonoi, and no response.

The Sentencing is vacated and will be reset after the Warrant of Arrest, which was previously issued, is executed.

Submitted by: David H. Hisashima, Courtroom Manager