# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00114HG

CASE NAME:        USA v. James Anthony Yeatts

ATTYS FOR PLA:    Loretta Sheehan

ATTYS FOR DEFT:   Loretta Faymonville

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     2/14/2006                  TIME:        2:58-3:07:22pm

COURT ACTION:  EP: Order to Show Cause Why Bail Should Not Be Revoked - defendant present, in custody.

Defendant admits to the violation and also admits that he did not show up for his sentencing date of 12/8/05.  Based upon defendant's admissions, the court revokes defendant's pretrial release.  Defendant's bail is hereby revoked.

Ms. Faymonville has doubt as to defendant's competency.  Defendant was severely attacked and received head injuries.  Government has no objection to defendant being evaluated.  Based upon representations of counsel, defendant's oral request for a competency evaluation is granted.  Ms. Faymonville shall provide to the government medical reports/other documents relating to defendant's health condition.  Ms. Sheehan to prepare the order.

Status Conference Re: Competency Evaluation set 4/17/06 at 10:30am before Judge Kobayashi.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager