ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

PS 10
(8/88)

FEB 1 5 2006

at 10 o'clock and 20 min. A M
SUE BEITIA, CLERK

# United States District Court
## for the
## District of Hawaii

U.S.A. vs. JAMES ANTHONY YEATTS          Criminal No. 05-00114HG

TO: ¹**Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |

| NAME OF DEFENDANT<br>JAMES ANTHONY YEATTS | SEX<br>Male | RACE<br>White | AGE<br>23 |
|---|---|---|---|

| ADDRESS(STREET, CITY, STATE)<br>SAARC, 322 Sumner Street, Honolulu, HI 96817 |
|---|

| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 |
|---|

| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>*Alison Peavey* | DATE<br>OCT 13 2005 |
|---|---|---|

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>10/13/05 | DATE EXECUTED<br>02/13/05 |
| EXECUTING AGENCY (NAME AND ADDRESS) U.S. Marshal Service 300 Ala Moana Blvd. | | |
| NAME<br>Anthy Cole/DUSM | (BY)<br>*Anthy Cole DUSM* | DATE<br>2/13/06 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."