EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00114 HG |
| | ) | |
| Plaintiff, | ) | ORDER REVOKING BAIL |
| | ) | AND DETAINING DEFENDANT |
| vs. | ) | WITHOUT BAIL |
| | ) | |
| JAMES ANTHONY YEATTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER REVOKING BAIL
AND DETAINING DEFENDANT WITHOUT BAIL

This matter came for hearing on February 14, 2006. Assistant Federal Public Defender Loretta Faymonville represented the defendant, James Anthony Yeatts, and Assistant U.S. Attorney Loretta Sheehan represented the United States.

Mr. Yeatts admitted to having violated Condition No. 9 of his bail by leaving the Salvation Army Adult Rehabilitation Program on October 12, 2005. Mr. Yeatts further admitted to failing to appear for his sentencing before the Honorable Helen Gillmor on December 8, 2005.

The Court revokes the defendant's bail. It is the finding of this Court that finding by clear and convincing

evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released.  The Court makes these findings after considering the nature and seriousness of the offense charged, the defendant's criminal history, history of bail violations, and history of non-appearance at court.

        Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the

//
//
//
//

defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED: Honolulu, Hawaii, February 16, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served upon the following on February 15, 2006:

> LORETTA FAYMONVILLE, ESQ.
> Office of the Federal Public Defender
> Suite 7-104, 300 Ala Moana Blvd.
> Honolulu, Hawaii   96850
>
> Counsel For Defendant
> JAMES ANTHONY YEATTS

**BY:   <u>MAIL</u> (   )   <u>HAND</u> ( X )**

DATED:  February 15, 2006, at Honolulu, Hawaii.

                                          /s/ Iris Tanaka