# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00114HG |
| CASE NAME: | USA v. James Anthony Yeatts |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/30/2006 | TIME: | 9:31 - 9:40 |

COURT ACTION:  EP: Status Conference Re Withdrawal of Request for a Competency Examination - deft present in custody.

Defendant's request to withdraw the competency examination and go forward with the 4-20-06 sentencing is GRANTED.

The *Order Committing Defendant To Federal Medical Center For Competency Examination as to James Anthony Yeatts,* filed 02/21/2006, is withdrawn with the agreement of the parties and the approval of the court.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager