PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE   #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:        fpdhi@hotmail.com

Attorney for Defendant
JAMES ANTHONY YEATTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  05-00114 HG |
|  | ) |
| Plaintiff, | ) MOTION FOR WITHDRAWAL |
|  | ) AND SUBSTITUTION OF |
| vs. | ) COUNSEL; DECLARATION OF |
|  | ) COUNSEL; CERTIFICATE OF |
| JAMES ANTHONY YEATTS, | ) SERVICE |
|  | ) |
| Defendant. | ) |
|  | ) |

N:\LORI\CLIENTS\Yeatts_JamesM\Withdraw_mtnMain.wpd

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, and moves this Honorable Court to allow her to withdraw as counsel for Defendant JAMES ANTHONY YEATTS and for the appointment of

CJA panel counsel for the reason that there is a breakdown of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED:   Honolulu, Hawaii, April 11, 2006.

                                   /s/Loretta A. Faymonville
                                LORETTA A. FAYMONVILLE
                                Attorney for Defendant
                                JAMES ANTHONY YEATTS