IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00114 HG |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| JAMES ANTHONY YEATTS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

N:\LORI\CLIENTS\Yeatts_JamesM\Withdraw_mtnDecCOS.wpd

## **DECLARATION OF COUNSEL**

I, LORETTA A. FAYMONVILLE, hereby declare as follows:

1. That I am counsel for defendant, JAMES ANTHONY YEATTS, having been appointed pursuant to the Criminal Justice Act.

2. That Mr. Yeatts called me on April 7, 2006, told me that he was firing me for ineffective assistance of counsel and hung up immediately.

3. Based upon the foregoing, it is prudent for the issue of Mr. Yeatt's representation be resolved prior to his sentencing hearing on April 20, 2006.

4. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 11, 2006.

    /s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
JAMES ANTHONY YEATTS

# CERTIFICATE OF SERVICE

LORETTA A. FAYMONVILLE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

Served Electronically through CM/ECF:

LORETTA SHEEHAN
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, April 11, 2006.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
JAMES ANTHONY YEATTS