# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00114HG |
| CASE NAME: | USA vs. JAMES ANTHONY YEATTS, aka "Mark Anthony Yeatts" |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/13/2006 | TIME: | 10:36-10:39 |

COURT ACTION:  EP: Motion for Withdrawal and Substitution of Counsel - Defendant present in custody.

Court questions Defendant.  Motion Granted and terminated.  Faymonville to prepare Order Granting Motion and Withdrawal and Substitution of Counsel.

Faymonville to contact Magistrate Judge Leslie E. Kobayashi's chambers for name of new counsel to be appointed.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager