ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
Email: fpdhi@hotmail.com

Attorney for Defendant
JAMES ANTHONY YEATTS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

APR 17 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Cr. No. 05-00114 HG |
| ) | |
| Plaintiff,   ) | ORDER GRANTING MOTION FOR |
| ) | WITHDRAWAL AND |
| vs.   ) | SUBSTITUTION OF COUNSEL |
| ) | |
| JAMES ANTHONY YEATTS,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

N:\LORI\CLIENTS\Yeatts_JamesM\withdrawal.ord

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On April 13, 2006, a hearing was held on Defendant's Motion for

Withdrawal and Substitution of Counsel. Loretta A. Sheehan appeared on behalf

of the United States and Loretta A. Faymonville appeared on behalf of and with Defendant JAMES ANTHONY YEATTS. The Court having considered the pleading filed by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT Defendant's Motion for Withdrawal and Substitution of Counsel, be and is hereby granted and GARY SINGH is hereby appointed as CJA counsel in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 14, 2006.

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge
District of Hawaii

APPROVED AS TO FORM ONLY:

_____
LORETTA A. SHEEHAN
Assistant United States Attorney

UNITED STATES v. YEATTS
Cr. No. 05-00114 HG
Order Granting Motion for Withdrawal and Substitution of Counsel