# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 11, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00114HG |
| CASE NAME: | U.S.A. vs. JAMES ANTHONY YEATTS, aka Mark Anthony Yeatts |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Gurmail G. Singh |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 11, 2006 | TIME: | 3:45 - 4:05 |

COURT ACTION:  SENTENCING TO COUNTS 1 AND 2 OF THE FIRST SUPERSEDING INDICTMENT - U.S.' MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.

Discussion held regarding the issue of mental examination.

Defendant's Oral Motion to Continue Sentencing is GRANTED.

The Sentencing/Motion for Downward Departure is continued to July 17, 2006 @ 2:30 p.m.

IT IS ORDERED that the defendant file any objections to the PSI by June 15, 2006, and the Probation Office and Government file any responses by July 6, 2006.

Submitted by: David H. Hisashima, Courtroom Manager