# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 19, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00114HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JAMES ANTHONY YEATTS, a.k.a. MARK ANTHONY YEATTS |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Gurmail G. Singh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | July 19, 2006 | TIME: | 2:30 - 2:50 |

COURT ACTION:  STATUS CONFERENCE -

    The defendant is not present.

    Discussion held regarding the Order Committing Defendant to Federal Medical Center for Competency and the Withdrawal of Request for a Competency Examination.

    IT IS ORDERED that Counsel submit a joint stipulation by July 25, 2006 rescinding the Order Committing Defendant to Federal Medical Center For Competency Examination as to James Anthony Yeatts, filed on February 21, 2006.  IT IS FURTHER ORDERED that the defendant be returned to this jurisdiction for sentencing, presently set for August 17, 2006 at 3:00 p.m.

    Submitted by: David H. Hisashima, Courtroom Manager
    Submitted by: Mary Rose Feria, Courtroom Manager