EDWARD H. KUBO #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00114 HG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RESCINDING ORDER COMMITTING |
| vs. | ) | DEFENDANT TO FEDERAL MEDICAL |
| | ) | CENTER FOR COMPETENCY |
| JAMES ANTHONY YEATTS, | ) | EXAMINATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND ORDER RESCINDING ORDER COMMITTING DEFENDANT
TO FEDERAL MEDICAL CENTER FOR COMPETENCY EXAMINATION

In view of the Minute Order of March 30, 2006 rescinding the Order Committing Defendant to Federal Medical Center For Competency Examination as to James Anthony Yeatts, filed 02/21/06, there is no longer an order which would warrant the Defendant, James Anthony Yeatts, being out of the state for a competency examination.

IT IS ORDERED, therefor, that the United States Marshal Service return the Defendant, James Anthony Yeatts, to the State of Hawaii as quickly as possible so that the Defendant may confer

with his attorney and prepare for sentencing, currently scheduled before this Court on August 17, 2006 at 3:00 p.m.

    IT IS SO STIPULATED.


  /s/ Loretta Sheehan
Loretta Sheehan
Assistant U.S. Attorney


  /s/ Gary G. Singh
Gary G. Singh
Attorney for Defendant


    DATED:  Honolulu, Hawaii, July 19, 2006.

IT IS SO ORDERED.



    **/s/ Helen Gillmor**
    Chief United States District Judge


<u>United States v. James Anthony Yeatts</u>
Stipulation and Order Rescinding Order Committing Defendant
To Federal Medical Center for Competency Examination
Cr. No. 05-00114 HG

yeatts/orderrescindingcompetencyexam.wpd