ORIGINAL

GARY G. SINGH   6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii   96813
Telephone No.: (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00114HG-04 |
| ) | |
| Plaintiff, ) | STATEMENT OF NO OBJECTIONS |
| ) | TO PRESENTENCE |
| vs. ) | REPORT; CERTIFICATE OF |
| ) | SERVICE |
| JAMES ANTHONY YEATTS ) | |
| aka MARK ANTHONY YEATTS, ) | |
| ) | Date: August 17, 2006 |
| ) | Time: 3:00 p.m. |
| Defendant. ) | Judge: Helen Gillmor |
| ) | |

STATEMENT OF NO OBJECTIONS TO PRESENTENCE REPORT

The Defendant JAMES ANTHONY YEATTS aka MARK ANTHONY YEATTS, has reviewed the presentence reports and has no objections to the factual statements.

DATED: Honolulu, Hawaii, August 16th, 2006.

_____
GARY G. SINGH
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

>Loretta A. Sheehan, Esq.
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>
>Roy T. Kawamoto, Esq.
>U.S. Probation Officer
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

**BY: MAIL ( )  HAND ( x )**

DATED:  Honolulu, Hawaii, August 16th, 2006.

_____
GARY G. SINGH
Attorney for Defendant